Cameron M. Jolly, Esq.  (SBN 132541)
**MIXON | JOLLY, LLP**
575 Anton Blvd., Suite 670
Costa Mesa, CA 92626
Telephone:  (714) 885-7000
Facsimile:  (714) 885-7001

Attorneys for Plaintiff,
FUTURE COMPUTING SOLUTIONS, INC.

**UNITED STATES DISTRICT COURT**

**IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| FUTURE COMPUTING SOLUTIONS, INC., a California corporation,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>PAGE ONE COMMUNICATION, a California business organization, form unknown; BRANNON MARLIN, an individual; OSMOSE, INC., a New York corporation; MARIO CABRERA, an individual; MELISSA CABRERA, an individual;<br><br>　　　　　　　　　Defendants. | Case No. SA CV 01-232-GLT (Anx)<br><br>**RENEWAL OF JUDGMENT BY CLERK** |

　　　Based upon the application for reneal of judgment and pursuant to F.R.C.P. 69(a) and CCP 683.110 through 683.320, and good cause appearing, therefore:

　　　The judgment against defendants PAGE ONE COMMUNICATION, BRANNON MARLIN, and MARIO CABRERA, jointly and severally, entered on September 20, 2002 is hereby renewed in the amounts set forth below:

　　　Renewal of money judgment
　　　　a.  Total judgment　　　　　　　　　$ 1,582,194.00
　　　　b.  Costs after judgment　　　　　　$　　　　0.00
　　　　c.  Attorneys Fees　　　　　　　　　$　　　　0.00

1
RENEWAL OF JUDGMENT

|   |                          |                |
|---|--------------------------|----------------|
| d. | Subtotal                | $ 1,582,194.00 |
| e. | Credits after judgment  | $         0.00 |
| f. | Subtotal                | $ 1,582,194.00 |
| g. | Interest after judgment | $   349,221.00 |
| h. | Fee for filing renewal  | $         0.00 |
| i. | TOTAL RENEWED JUDMENT   | $ 1,931,415.00 |

Dated: 7/20/12 _____

CLERK, _____
By Deputy

Lori Muraoka, Deputy Clerk
U.S. District Court